**United States District Court**
**Central District of California**


FILED
CLERK, U.S. DISTRICT COURT
DEC 21, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

The Boards of Directors of the Motion Picture Industry Pension Plan, the Motion Picture Industry Individual Account Plan, and Motion Picture Industry Health Plan,

    Plaintiffs,

v.

Big Trout Pictures, Inc.,

    Defendant.

LACV 07-06123-ABC

**Renewal of Judgment**

Pursuant to the Court's Minute Order, entered under separate cover, granting Plaintiffs the Boards of Directors of the Motion Picture Industry Pension Plan, the Motion Picture Industry Individual Account Plan, and Motion Picture Industry Health Plan's ("Plaintiffs") Application for Renewal of Judgment, the Court orders as follows:

IT IS HEREBY ORDERED that the judgment entered in this case on March 17, 2008 against Defendant Big Trout Pictures, Inc., a California corporation, and in favor of Plaintiffs and which is set to lapse on March 17, 2018 pursuant to California Code of Civil Procedure Section 683.020, is hereby RENEWED in the amount of $12,682.68, including $212.29 for unpaid contributions, $1,968.75 for auditing costs, $132.00 for liquidated damages, $132.00 for interest on the

delinquent contributions to March 17, 2008, $450.50 for court costs, $8,150.00 for attorneys' fees, and $1,637.14 for post-judgment interest through December 21, 2017.

**IT IS SO ORDERED.**

Dated: 12/21/17

Virginia A. Phillips
Chief United States District Judge